**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SHERRY DENISE JOHNSON-BATTLE and**
**MICHAEL BATTLE, Her Husband**
**4708 Quadrant Street**
**Capitol Heights, MD 20743**

**Plaintiffs,**

**v.**

**SWIFT TRANSPORTATION CO. ARIZONA, LLC**
**2200 South 75th Avenue**
**Phoenix, AZ 85043**

**Serve: Superintendent of Corporations**
**Department of Consumer &**
**Regulatory Affairs**
**1100 4th Street SW, 4th Floor**
**Washington, D.C. 20024**

**and**

**Jerry Moyes, CEO**
**Swift Transportation Co. Arizona, LLC**
**2200 South 75th Avenue**
**Phoenix, AZ 85043**

**and**

**NICHOLAS RANDALL WEGMAN**
**12 Woodcrest Way**
**Landenberg, PA 19350**

**Defendants.**

**Civil Action No.**

**Judge:**

## COMPLAINT FOR DAMAGES
**(Negligence, Vicarious Liability: Motor Vehicle Collision)**

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Plaintiffs, Sherry Denise Johnson-Battle and Michael Battle, respectfully file this Complaint seeking judgment against Defendants on the grounds and in the amount set forth below:

## JURISDICTION AND VENUE

1. Plaintiffs brings their complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

## PARTIES

2. At all times relevant herein, Plaintiff Sherry Denise Johnson-Battle ("Johnson-Battle") was and continues to remain a resident of the State of Maryland.

3. At all times relevant herein, Plaintiff Michael Battle was and continues to remain a resident of the State of Maryland.

4. Upon information and belief, at all times relevant herein, Defendant Swift Transportation Co. Arizona, LLC ("Swift Transportation"), was and continues to remain a limited liability company registered in the State of Delaware and authorized to conduct business and conducting business in the District of Columbia, with its principal place of business located at 2200 South 75th Avenue, Phoenix, Arizona 85043.

5. Upon information and belief, at all times relevant herein, Defendant Nicholas Randall Wegman ("Wegman") is an adult resident of the State of Pennsylvania.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## FACTS

6. Upon information and belief, at all relevant times therein, Defendant Wegman was an employee or agent of Swift Transportation and was acting under the company's direct supervision, authority, employ and control.

7. On September 2, 2014, at approximately 8:25 a.m., Defendant Wegman was operating his 18-wheel tractor-trailer in a southbound direction along 4th street N.E. in Washington, D.C., preparing to enter the traffic circle at the intersection of 4th and C Streets, N.E.

8. At the same time and place, Plaintiff Johnson-Battle was driving her vehicle in a southbound direction along the inner lane of 4th street N.E., preparing to turn onto the same traffic circle as the defendant.

9. Suddenly and without notice, Defendant Wegman drove his tractor-trailer over the sidewalk, striking the passenger side of Plaintiff's vehicle.

10. The investigative report conducted by the Metropolitan Police Department found Wegman to be at fault for the accident and cited him for driver inattention.

11. The force and abrupt nature of the impact caused Plaintiff to develop severe lumbar back and cervical disc injuries, as well as various other complications.

12. As a result of her injuries, Plaintiff had to undergo lumbar back surgery, neurological decompression and a spine fusion procedure, and several months of physical rehabilitation.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

13. As a direct and proximate result of her injuries, Plaintiff Sherry Denise Johnson-Battle has incurred and will continue to incur substantial medical expenses, has incurred and will continue to incur substantial past and future wages, and has suffered and will continue to suffer physical pain, mental anguish and emotional distress.

**COUNT I**
**(Negligence –Defendant Wegman)**

14. Plaintiff incorporates by reference paragraphs 1 through 13 above as if fully set forth herein.

15. Plaintiff further alleges that at the time of the collision, Defendant Wegman owed Plaintiff a duty to operate his tractor-trailer in a safe and prudent manner, consistent with the applicable motor vehicle safety and traffic regulations then and there in effect.

16. At the time of the collision in question, Defendant Wegman breached the duty owed to Ms. Johnson-Battle in some or all of the following respects:

a. in failing to maintain proper control of a vehicle;
b. in failing to pay full time and attention to the operation of a vehicle;
c. in failing to maintain a proper lookout for other vehicles;
d. in failing to be aware of the physical location of his vehicle;
e. in driving recklessly;
f. in failing to timely apply brakes or otherwise take appropriate actions to avoid or minimize the effects of the collision; and
g. in otherwise failing to adhere to the applicable traffic and motor vehicle regulations then and there in effect.

17. As a direct and proximate result of Defendant Wegmans's negligence, Plaintiff Johnson-Battle has suffered and will continue to suffer severe injuries, pain and

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

suffering, has incurred and will continue to incur a loss of wages and/or wage-earning capacity, and has incurred and will continue to incur medical expenses.

18. As a further direct and proximate cause of Defendant's negligence, Plaintiff has developed lumbar disc syndrome and cervical disc syndrome, which have caused her to become completely disabled and prevent her from engaging in everyday activities including: bending, stooping, kneeling, squatting, pushing, pulling, lifting heavy objects, prolonged standing or walking, and engaging in strenuous hand activities.

19. As further direct and proximate cause of Defendant's negligence, Ms. Johnson-Battle has developed incontinence of her bowel and bladder, and vaginal paresthesia, which precludes her from maintaining physical relations with her husband.

**COUNT II**
**(Vicarious Liability-Defendant Swift Transportation)**

20. Plaintiff incorporates by reference paragraphs 1-19 as if fully set herein and further alleges that Defendant Wegman was employed by and acting under the direct supervision of Swift Transportation when his tractor-trailer collided into the Plaintiff's vehicle.

21. Plaintiff further alleges that at the time that Defendant Wegman struck Plaintiff's vehicle with the tractor trailer, he was acting within the course and scope of his employment with Swift Transportation.

22. Defendant Swift Transportation is therefore liable for the negligent conduct of Wegman under the law of vicarious liability, including the doctrine of respondeat superior.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**COUNT III**
**(Loss of Consortium)**

23. Plaintiff Michael Battle incorporates, by reference, paragraphs 1 through 22 above, as if fully set forth here, and further alleges that he is, and was at the time of the incident alleged, the husband of Sherry Johnson-Battle.

24. Plaintiff Michael Battle further alleges that as direct and proximate result of the negligent acts and/or omissions of the Defendants, as previously described, he has spent considerable time caring for and assisting his wife due to the injuries she has suffered as a result of Defendants' negligence.

25. As a direct and proximate result of the injuries that Plaintiff Sherry Johnson-Battle's sustained from the collision, Plaintiff Michael Battle has suffered the loss of his wife's society, companionship and consortium

WHEREFORE Plaintiff, Sherry Denise Johnson Battle, demands judgment against Defendants, jointly and severally, in the full and just amount of Four Million Dollars ($4,000,000.00), plus interest and costs.

WHEREFORE Plaintiff, Michael Battle, demands judgment against Defendants in the full and just amount of Four Hundred Thousand Dollars ($400,000.00), plus interest and costs.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**TRIAL BY JURY IS DEMANDED.**

The Plaintiffs request a trial by jury on all issues.

Respectfully submitted,

REGAN ZAMBRI & LONG

By: ______________________

Patrick M. Regan
pregan@reganfirm.com
Paul Cornoni
pcornoni@reganfirm.com
Christopher J. Regan
cregan@reganfirm.com
1919 M Street, N.W., Suite 350
Washington, D.C. 20036
PH: (202) 463-3030
FX: (202) 463-0667
*Counsel for Plaintiffs*